# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

GLORIFINA TRINIDAD; *et.al.*,

        Plaintiffs,

vs.

CALIBER HOME LOANS, INC.; *et.al.*,

        Defendants.

Case No. 2:16–cv–818–MMD–VCF

**ORDER**

MOTION TO STAY (ECF NO. 12)

      Before the court is the Defendants' individual discovery plan and scheduling order. (ECF No. 12) In their papers, the Defendants represent that they were unable to conduct a Rule 26(f) conference with the Plaintiffs. Pursuant to Local Rule 26-1(e), they have filed their own discovery plan.

      After reviewing the Defendants' individual discovery plan (ECF No. 12) and the pending motion to dismiss (ECF No. 10), this court will stay discovery until motion to dismiss is decided.

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that discovery is STAYED pending a decision on the motion to dismiss (ECF No. 10).

      IT IS FURTHER ORDERED that a status conference is scheduled in Courtroom 3D for 10:00 am on December 16, 2016.

      IT IS SO ORDERED.

      DATED this 24th day of June, 2016.

                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE