AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF    NEVADA

GLORIFINA TRINIDAD, et al.,

    Plaintiff(s),

v.

CALIBER HOME LOANS INC, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **2:16-cv-00818-MMD-VCF**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss (ECF No. 10) is granted.

January 13, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk